474 A.2d 683

Com. ex rel., Beck v. Beck, Jr., Appellant.

Submitted March 29, 1984.
Michael P. Gregorowicz, for appellant; Cleveland Hummel, for Beck, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

Order affirmed.

474 A.2d 683

Red Oak Company v. Kempton, Appellant.

Argued March 21, 1984. John Peter Karoly, Jr. for appellant; Henry S. Perkin for appellee.

Before SPAETH, President Judge, and BECK and TAMILIA, J.

Order affirmed.